**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Sierra R. and Ronald R., Defendants,

Of Whom Sierra R. is the Appellant,

In the interest of a minor under the age of 18.

Appellate Case No. 2012-205646

Appeal From Aiken County
Deborah Neese, Family Court Judge

Unpublished Opinion No. 2012-UP-467
Submitted July 2, 2012 – Filed July 27, 2012

**AFFIRMED**

Clarke W. McCants, III, of Nance, McCants & Massey, of Aiken, for Appellant.

Dennis M. Gmerek, of the South Carolina Department of Social Services, of Columbia, for Respondent.

Patrick McWilliams, of Aiken, Guardian ad Litem.

---

**PER CURIAM:**  Sierra R. appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2011).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.[1]**

**PIEPER, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.